UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO.2:20-MJ-1188 |
| | § | |
| JOHN CHARLIE KOFRON | § | |

## APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes CHARLES CECIL STARCHER and hereby files this appearance as attorney of record for JOHN CHARLIE KOFRON, Defendant. Defendant, JOHN CHARLIE KOFRON, retained CHARLES CECIL STARCHER, and he consents to CHARLES CECIL STARCHER's appearance as attorney of record in this cause.

Respectfully submitted,

Charles Cecil Starcher
The Starcher Law Firm
102 N. Staples
Corpus Christi, Texas 78401
(361) 882-0800
(361) 882-0803 fax


By: /s/CHARLES CECIL STARCHER
CHARLES CECIL STARCHER
State Bar No. 19060280
Federal ID. No. 17726
Attorney for
JOHN CHARLIE KOFRON

**CERTIFICATE OF SERVICE**

This is to certify that on May 26, 2020, a true and correct copy of the above and foregoing document was served on the United States Attorney's Office, Southern District Of Texas Corpus Christi Division, 1133 N. Shoreline, Corpus Christi, Texas 78401 by e-file delivery.

/S/ CHARLES CECIL STARCHER
CHARLES CECIL STARCHER